UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frances Rutigliano, individually and on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>Cooperative Regions of Organic Producer Pools d/b/a Organic Valley, a Wisconsin Corporation,<br><br>                    Defendant. | Case No. 7:22-CV-07548-CC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Frances Rutigliano ("Plaintiff") and her counsel, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Dated: September 21, 2022                    Respectfully submitted,

                                                                  */s/ Charles D. Moore*
                                                                  Charles D. Moore
                                                                  **REESE LLP**
                                                                  100 South 5th Street, Suite 1900
                                                                  Minneapolis, MN 55402
                                                                  Telephone: (212) 643-0500
                                                                  Facsimile:  (212) 253-4272
                                                                  Email:  cmoore@reesellp.com

                                                                  **REESE LLP**
                                                                  Michael R. Reese
                                                                  Sue J. Nam
                                                                  100 West 93rd Street, 16th Floor
                                                                  New York, New York 10025
                                                                  Telephone: (212) 643-0500
                                                                  Facsimile:  (212) 253-4272
                                                                  Email:  mreese@reesellp.com

**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
HELEN I. ZELDES (*pro hac vice* application pending)
*hzeldes@sshhzlaw.com*
JOSHUA A. FIELDS (*pro hac vice* application pending)
*jfields@sshhzlaw.com*
AYA DARDARI (*pro hac vice* application pending)
*adardari@sshhzlaw.com*
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-4990


**PETA Foundation**
Asher Smith
ashers@petaf.org
Tala DiBenedetto (application for admission pending)
talad@petaf.org
1536 16th St. NW
Washington, DC 20036
Tel: (202) 540-2177
Fax: (213) 484-1648


*Attorneys for Plaintiff and Putative Class Members*